

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2016

No. 04-16-00588-CV

Rene **SAENZ**, Carlos Saenz and Mae Saenz,
Appellants

v.

Ramon **SAENZ**, Javier Saenz, and Alvaro Hinojosa,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-10-16006-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The District Clerk's notification of late clerk's record is hereby GRANTED. Time is extended to October 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2016.

Keith E. Hottle
Clerk of Court